**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-8015

MICHAEL TYRONE GALLAGHER,

Plaintiff - Appellant,

v.

DEPUTY CODFELLER; BRANDON, DEPUTY; HARPER, CAPTAIN; DEPUTY
JOHNSON; DEPUTY DISMUKE; GARRISON, CAPTAIN; LOWRY, CAPTAIN;
SMITH, LT.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Rebecca Beach Smith, Chief
District Judge. (2:11-cv-00181-RBS-DEM)

Submitted: January 22, 2013          Decided: January 25, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael Tyrone Gallagher, Appellant Pro Se.  Grant Edward
Kronenberg, MORRIS & MORRIS, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Tyrone Gallagher appeals the district court's order granting the Respondents' motion to dismiss his 42 U.S.C. § 1983 (2006) complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gallagher v. Codfeller, No. 2:11-cv-00181-RBS-DEM (E.D. Va. Oct. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED